```
1  BRADLEY KASS, ESQ.    (CBN# 127658)
   KASS & KASS LAW OFFICES
2  520 S. El Camino Real, Suite 810
   San Mateo, CA 94402
3  Phone Number: (650) 579-0612
   Fax: (650) 579-0760
4

5  Attorney for Interested party Monica Hujazi
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 11-33749 HLB 7 |
|---|---|
| NORTH OXFORD BRIGHT HORIZONS GROUP | EX-PARTE MOTION BY MONICA HUJAZI TO REOPEN CASE; AND **CORRECTED** EX-PARTE MOTION TO SET ASIDE THE FINAL DECREE ENTERED ON DECEMBER 27, 2013 |
| Debtor, | |

Ex-parte motion

Interested Party Monica Hujazi (In Lieu of Prior Ex-Parte Filing debtor) hereby submits the following Ex-parte Motion by Interested Party Monica Hujazi to Reopen Case and also hereby submits this corrected Ex-Parte Motion Set Aside the Final Decree Entered December 27, 2013. *[Notice of Withdrawal of Prior Ex-parte on Behalf of Debtor has previously been given*.]

Whereas on December 23, 2013, the Trustee filed a Final Account and Distribution Report Certification that the Estate has been fully Administered and Application to be Discharged. (Docket no. 110) Within four (4) days thereafter, on December 27, 2013 the court entered a Final Decree closing the estate and discharging the Trustee. (Docket no. 111)

Federal Rules of Bankruptcy Procedure Rule 5010 in allowing a case to be reopened on motion states:

> "A case may be reopened on motion of the debtor or other party in interest pursuant to §350(b) of the Code. In a chapter 7, 12, or 13 case a trustee shall not be appointed by the United States trustee unless the court determines that a trustee is necessary to protect the interests of creditors and the debtor or to insure efficient administration of the case."

It is respectfully requested that for the purposes of making the request to set aside the Final Decree entered on December 27, 2013, good cause exists for reopening this case.

//

//

//
//

Federal Rules of Bankruptcy Procedure Rule 5009(a) in mandating thirty (30) days to allow for any objections states:

> "(a) Cases Under Chapters 7, 12, and 13. If in a chapter 7, chapter 12, or chapter 13 case the trustee has filed a final report and final account and has certified that the estate has been fully administered, and if within 30 days no objection has been filed by the United States trustee or a party in interest, there shall be a presumption that the estate has been fully administered."

It is respectfully asserted that the Final Decree should be set aside to allow the thirty (30) days for any objections by the United States Trustee or a **party in interest i.e. Monica Hujazi** as mandated by Federal Rules of Bankruptcy Procedure Rule 5009(a).

Good cause for such requested relief by way of Ex-Parte motion exists because without the setting aside of the Final Decree, it would appear the Final Decree would become final on or about January 10, 2014 under the appeal time periods of Federal Rules of Bankruptcy Procedure Rule 8002.

In support of the power of the court to set aside the final decree, 11 U.S.C Sec. 105 states in pertinent part:

> "(a) The court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title. No provision of this title providing for the raising of an issue by a party in interest shall be construed to preclude the court from, sua sponte, taking any action or making any determination necessary or appropriate to enforce or implement court orders or rules, or to prevent an abuse of process...."

//
//

Accordingly, it is respectfully requested that for the reasons stated herein, this court reopen the case and vacate the Final Decree entered December 27, 2013 closing the estate and discharging the Trustee. (Docket no. 111)

DATED: January 8, 2014                    KASS & KASS LAW OFFICES


                                          _____/S/_____
                                          BRADLEY KASS, ESQ.
                                          Attorney for Monica Hujazi

**PROOF OF SERVICE**

I declare that:

I am employed in the City of San Mateo, County of San Mateo, State of California. My business address is 520 S. El Camino Real, Suite 810, San Mateo, California 94402. I am over the age of eighteen (18) years and am not a party to the within cause. On January 8, 2014 I served the within:

> EX-PARTE MOTION BY MONICA HUJAZI TO REOPEN CASE; AND **CORRECTED** EX-PARTE MOTION TO SET ASIDE THE FINAL DECREE ENTERED ON DECEMBER 27, 2013

on counsel of record in said cause by **email** as follows:

> Charles P. Maher
> McKenna Long and Aldridge LLP
> 1 Market Plaza
> Spear Tower 24th Fl.
> San Francisco, CA 94105

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 8, 2014 at San Mateo, California.

/S/
Sheana Singh