Charles P. Maher, State Bar No. 124748
MCKENNA LONG & ALDRIDGE LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, California 94105
Telephone No.: 415.267.4000
Fax No.: 415.267.4198
E-mail: cmaher@mckennalong.com

Counsel for Andrea A. Wirum
Former Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>NORTH OXFORD BRIGHT HORIZONS GROUP, LLC,<br><br>Debtor. | Case No. 11-33749 HLB<br>Chapter 7 |

## FORMER TRUSTEE'S RESPONSE TO APPLICATION TO SET ASIDE FINAL DECREE

Andrea A. Wirum served as Chapter 7 Trustee of the estate of the above Debtor until entry of the Final Decree on December 27, 2013. The Final Decree discharged her as trustee.

Ms. Wirum recognizes that, having been discharged as Trustee, she technically does not have standing. However, there is no one else to address the application. Furthermore, Ms. Wirum believes that Ms. Hujazi does not have standing to file the application because she had no economic interest in this bankruptcy estate, at least by the time a Chapter 11 trustee was appointed in the Zuercher Trust case (Case No. 12-32747). The Zuercher Trust estate appears to be insolvent with no likelihood of a distribution to its apparent beneficiary, Ms. Hujazi.

The Trustee interprets Rule 5009 of the Federal Rules of Bankruptcy Procedure to require 30 days' notice of the filing of the final report, not 30 days' notice of the filing of the so called Trustee's distribution report. By the time the distribution report is filed, all money has been

1

1  disbursed from a bankruptcy estate and an objection would serve no use whatsoever. As a
2  practical matter, only objections filed before distributions would serve any purpose.

3      Ms. Hujazi and the "Debtor" in the above case, who were acting without the authority of
4  the Chapter 11 trustee in the Zuercher case, objected to the final report in the above case. The
5  objection was overruled.

6      Ms. Wirum recently filed a declaration in the Zuercher Trust case to address allegations
7  made by Ms. Hujazi regarding the distribution of surplus from the above estate to the Debtor. An
8  authentic copy of the Declaration of Charles P. Maher is attached as **Exhibit A**.

9  DATED: January 8, 2014          MCKENNA LONG & ALDRIDGE LLP

11                                  By: _____
12                                      Charles P. Maher
                                        Counsel for Former Trustee Andrea A. Wirum

USW 804155733.1

# EXHIBIT A

Charles P. Maher, State Bar No. 124748
MCKENNA LONG & ALDRIDGE LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, California 94105
Telephone No.: 415-267-4000
Fax No.: 415-267-4198
E-mail: cmaher@mckennalong.com

Counsel for Andrea A. Wirum

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re  THE ZUERCHER TRUST OF 1999,<br><br>Debtor. | Case No. 12-32747  HLB<br>Chapter 11<br><br>Date:   January 23, 2014<br>Time:   10:00 a.m.<br>Place:  235 Pine Street, 23rd Floor<br>San Francisco<br>Court:  Hon. Hannah L. Blumenstiel |

### DECLARATION OF CHARLES P. MAHER

I, Charles P. Maher, declare as follows:

1. I am attorney with the law firm of McKenna Long & Aldridge LLP, counsel of record to Andrea A. Wirum who, until entry of the final decree, was Chapter 7 Trustee of the estate of North Oxford Bright Horizons Group, LLC (Case No. 11-33749). I file this declaration in connection with statements made by counsel for the Zuercher Trust of 1999 and Monica J. Hujazi in pleadings filed on December 24, 2013, in the above case.

2. The North Oxford case has been fully administered. Notice of the Trustee's final report was served on all parties-in-interest on July 1 or 2, 2013. A copy of the notice (including the list of notice recipients) is attached as **Exhibit A**. Notice was served in compliance with Rule 5009. The "debtor," acting without authority of the sole member, filed an objection, which was overruled. Ms. Wirum filed her report of distribution on December 23, 2013. The report of distribution is not the final report. The final decree was entered on December 27, 2013.

1        3.     The sole member of North Oxford is the Zuercher Trust. Attached as **Exhibit B** is

2  an excerpt from North Oxford's Amended Statement of Financial Affairs.

3        4.     There was a large surplus in the North Oxford case. By order dated June 13, 2012,

4  the Bankruptcy Court authorized Ms. Wirum to make a preliminary distribution of surplus to the

5  debtor. An authentic copy of the order is attached as **Exhibit C**. The check was made payable to

6  its sole member, the Zuercher Trust, at the request of Monica Hujazi, trustee of the Zuercher

7  Trust, who was North Oxford's responsible individual. North Oxford was a "pass-through" entity

8  for tax purposes. I am informed and believe that Ms. Hujazi (whose social security number I

9  believe to have been the tax identification number for the Zuercher Trust) wanted to avoid the tax

10  consequences of Ms. Wirum's sale of real estate in Los Angeles and arranged for a Section 1031

11  exchange involving purchase of property in San Francisco. A check in the amount of $1,000,000

12  was delivered to the Section 1031 exchanger at North Oxford's and Ms. Hujazi's direction.

13        5.     Ms. Wirum proceeded to administer the North Oxford bankruptcy estate. A

14  hearing on her final report and final applications for compensation of the Trustee, her accountant,

15  and my firm was set for August 1, 2013. On behalf of Ms. Hujazi or debtor North Oxford,

16  attorney Bradley Kass filed an objection to the final report and to the applications for

17  compensation. See Docket No. 100 in the North Oxford case. The objection was overruled.

18        6.     The North Oxford final report and the notice served in connection with it show that

19  a distribution of surplus was to be made to debtor North Oxford Bright Horizons Group. By the

20  time the notice was served the Zuercher Trust had filed a Chapter 11 petition and its estate was

21  under the control of Peter Kravitz as Chapter 11 trustee who had been appointed for cause. Ms.

22  Wirum issued a check payable to North Oxford Bright Horizons Group and sent it to the attention

23  of Mr. Kravitz as Chapter 11 trustee of the Zuercher Trust case. An authentic copy of the check is

24  attached as **Exhibit D**. For Ms. Wirum to have sent the check to Ms. Hujazi or North Oxford or

25  the Zuercher Trust in her care would have been an error.

26        7.     No separate order was required for the payments to creditors or the distribution of

27  surplus. Had Mr. Kass raised this question at the hearing on the North Oxford final report I would

28  have answered it.

USW 80413820

1  I declare under penalty of perjury that the above statements are true and that if called as a

2  witness I could and would testify to their truthfulness.  This declaration is executed on the 6th

3  day of January 2014 in San Francisco, California.

4

5

6                                        Charles P. Maher

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re: NORTH OXFORD BRIGHT HORIZONS GROUP   §   Case No. 11-33749

                    §

                    §

Debtor(s)                §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
Andrea Wirum Chapter 7 Trustee   , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

   235 Pine Street, 19th Floor
   San Francisco, CA 94120

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
together with a request for a hearing and serve a copy of both upon the trustee, any party whose
application is being challenged and the United States Trustee. If no objections are filed, the
Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009
without further order of the Court.

Date Mailed:   06/27/2013      By:   /s/Andrea Wirum Ch 7 Trustee
                         Trustee

Andrea Wirum Chapter 7 Trustee
P.O. Box 1108
Lafayette, CA 94549
(415) 294-7710
trustee@wirum.com

Case: 11-33749 Doc# 94 Filed: 07/01/13 Entered: 07/01/13 10:02:16 Page 1 of 5
Case: 12-32747 Doc# 419 Filed: 01/06/14 Entered: 01/06/14 16:26:00 Page 5 of
Case: 11-33749 Doc# 116 Filed: 01/08/14 Entered: 01/08/14 15:56:09 Page 8 of
21

In re: NORTH OXFORD BRIGHT HORIZONS GROUP      §      Case No. 11-33749
                                               §
                                               §
Debtor(s)                                      §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $     2,352,336.51

*and approved disbursements of*               $     2,016,925.01

*leaving a balance on hand of* [1]            $       335,411.50

**Balance on hand:**          $          335,411.50

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| PAYOFF1 | ABRA Management, Inc. | 506,017.06 | 506,017.06 | 506,017.06 | 0.00 |
| PAYOFF2 | 207 North Oxford Ave Tenants Assoc | 195,052.49 | . 195,052.49 | 195,052.49 | 0.00 |
| PAYOFF3 | Dadson Washer Service, Inc. | 24,116.80 | 24,116.80 | 24,116.80 | 0.00 |
| PAYOFF4 | California State Elevator Co. | 3,032.54 | 3,032.54 | 3,032.54 | 0.00 |

Total to be paid to secured creditors:     $          0.00
Remaining balance:                         $      335,411.50

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Andrea Wirum Ch 7 Trustee | 55,863.09 | 0.00 | 55,863.09 |
| Trustee, Expenses - Andrea Wirum Ch 7 Trustee | 90.32 | 0.00 | 90.32 |
| Attorney for Trustee, Fees - McKenna Long & Aldridge LLP | 77,092.50 | 68,144.50 | 8,948.00 |
| Attorney for Trustee, Expenses - McKenna Long & Aldridge LLP | 973.88 | 805.62 | 168.26 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | | | |
|---|---|---|---|
| Accountant for Trustee, Fees - Kokjer, Pierotti, Maiocco & Duck, LLP | 3,456.00 | 0.00 | 3,456.00 |
| Accountant for Trustee, Expenses - Kokjer, Pierotti, Maiocco & Duck, LLP | 55.23 | 0.00 | 55.23 |
| Other Fees: Coldwell Banker/Golden Sheild Mortgage | 117,500.00 | 117,500.00 | 0.00 |
| Other Expenses: FedEx | 181.13 | 181.13 | 0.00 |
| Other Expenses: Franchise Tax Board | 7,507.00 | 7,507.00 | 0.00 |
| Other Expenses: International Sureties, LTD. | 472.66 | 472.66 | 0.00 |
| Other Expenses: West Coast Escrow | 59,485.85 | 59,485.85 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 68,580.90
Remaining balance: $ 266,830.60

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 266,830.60

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $25,397.49 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Franchise Tax Board | 800.00 | 0.00 | 800.00 |
| 2 | City of Los Angeles | 24,597.49 | 24,597.49 | 0.00 |

Total to be paid for priority claims: $ 800.00
Remaining balance: $ 266,030.60

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,819.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | City of Los Angeles | 0.00 | 0.00 | 0.00 |
| 4 | Los Angeles Department of Public Health - Environm | 3,598.44 | 0.00 | 3,598.44 |
| 5 | City of Los Angeles | 4,221.11 | 0.00 | 4,221.11 |

Total to be paid for timely general unsecured claims: $ 7,819.55
Remaining balance: $ 258,211.05

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 258,211.05

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 258,211.05

UST Form 101-7-NFR (10/1/2010)

Case: 11-33749   Doc# 94   Filed: 07/01/13   Entered: 07/01/13 10:02:16   Page 4 of 5
Case: 12-32747   Doc# 419   Filed: 01/06/14   Entered: 01/06/14 16:26:00   Page 8 of
Case: 11-33749   Doc# 116   Filed: 01/08/14   Entered: 01/08/14 15:56:09   Page 11 of 21

The amount of surplus returned to the debtor after payment of all claims and interest is $258,211.05.

Prepared By:  <u>/s/Andrea Wirum Chapter 7 Trustee</u>
                                              Trustee

Andrea Wirum Chapter 7 Trustee
P.O. Box 1108
Lafayette, CA  94549
(415) 294-7710
trustee@wirum.com

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

District/Off: 0971–3  User: dchambers  Date Created: 7/2/2013
Case: 11–33749  Form ID: pdftfr  Total: 34

Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:
12838727  Los Angeles Department of Public Health, Environme
12838769  Los Angeles Department of Public Health, Environme
12838820  Los Angeles Department of Public Health, Environme

TOTAL: 3

Recipients of Notice of Electronic Filing:
ust  Office of the U.S. Trustee / SF  USTPRegion17.SF.ECF@usdoj.gov
tr  Andrea A. Wirum  trustee@wirum.com
tract  Richard L. Pierotti  Rpierotti@kpmd.com
aty  Barry S. Glaser  bglaser@swesq.com
aty  Benjamin R. Levinson  ben@benlevinsonlaw.com
aty  Charles P. Maher  cmaher@mckennalong.com
aty  Daniel H. Gill  ecf@cbg–law.com
aty  Gregory A. Rougeau  rougeau@mrlawsf.com
aty  William C. Lewis  ecf@williamclewis.com

TOTAL: 9

Recipients submitted to the BNC (Bankruptcy Noticing Center):
db  North Oxford Bright Horizons Group LLC  911 N Amplett Blvd  San Mateo, CA 94401
cr  Abra Management, Inc.  LAW OFFICE OF BENJAMIN R. LEVINSON  A Professional Corporation  46 N. Second Street, Suite A  Campbell, CA 95008
cr  Chandra Gehri Spencer  Offices of Belzer, Hulchiy &Murray  Bruce Cornelius  3650 Mt. DIablo Blvd, Ste 130  Lafayette, CA 94549
trop  Valley of California, Inc.  165 First Street  Petaluma, CA 94952
stkhld  Zuercher Trust Of 1999  c/o Manasian &Rougeau LLP  400 Montgomery St.  Suite 1000  San Francisco, CA 94104
tract  Kokjer, Pierotti, Maiocco &Duck LLP  Certified Public Accountants  333 Pine Street, 5th Floor  San Francisco, CA 94104
cr  Franchise Tax Board  Special Procedures  P.O. Box 2952  Sacramento, CA 95812–2952
cr  City of Los Angeles  200 N. Main St  CHE Room 916  Los Angeles, CA 90012
cr  Los Angeles Department of Public Health, Environmental Health Division  c/o Barry Glaser  Steckbauer Weinhart Jaffe, LLp  333 S. Hope Street, Ste. 3600  Los Angeles, CA 90071
intp  Peter Kravitz  (re Zuercher Trust of 1999)
12696102  207 North Oxford Tenants Association  c/o Chandra Spencer  2625 Townsgate Rd  Suite 330  Westlake Village, CA 91361
12696103  207 North Oxford Tenants Association  c/o Chandra Spencer  2625 Townsgate Rd  Suite 330  Westlake Village, CA 91361
12232596  Abra Management Inc.  A California Corporation  c/o Reliable Trustee Deed Services,  as Trustee  19510 Ventura Blvd., Ste 214  Tarzana, CA 91356
12696104  Abra Management, Inc.  8665 Wilshire Blvd., Ste. 302  Beverly Hills, CA 90211
12228279  Abra Management, Inc.  a California corporation  c/o Reuable Trust Deed Services  19510 Ventura Blvd #214  Tarzana, CA 91356
12696105  Cal. State Elevator Company  4208 Willimet St.  Los Angeles, CA 90039
12823577  City of Los Angeles  200 N. Main St  CHE Room 916  Los Angeles, CA 90012
12719864  City of Los Angeles  Mei–Mei Cheng, Deputy City Attorney  LA City Attorney's Office–Housing Div  200 N. Main St, 916 CHE  Los Angeles, CA 90012
12696106  Dadsen Washer Service  5511 West Adams Blvd.  Los Angeles, CA 90016
12477234  Franchise Tax Board  Bankruptcy Section MS A340  PO Box 2952  Sacramento, CA 95812 2952
12696107  Los Angeles County Treasurer  and Tax Collector  225 N. Hill Street  Los Angeles, CA 90012
12838833  Los Angeles Department of Public Health  Environmental Health Division  c/o Barry S. Glaser, Esq.  Steckbauer Weinhart Jaffe  333 S. Hope Street, 36th Floor  Los Angeles, CA 90071

TOTAL: 22

# EXHIBIT B

# EXHIBIT B

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None □ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Monica Hujazi, Trustee of the Zuercher Trust of 1999, under Declaration of Trust dated December 21, 1999 911 Amphlett Blvd. San Mateo, CA 94401 | Sole Member | 100% |

None □ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Monica Hujazi, Trustee of The Zuercher Trust of 1999, under Declaration of Trust dated December 21, 1999 911 N. Amphlett Blvd. San Mateo, CA 94401 | Sole Member | 100% |

---

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

Case: 12-32747    Doc# 50    Filed: 06/07/12    Entered: 06/07/12 13:26:32    Page 7 of 8
Case: 12-32747    Doc# 419    Filed: 01/06/14    Entered: 01/06/14 16:26:00    Page 12 of 28
Case: 11-33749    Doc# 116    Filed: 01/08/14    Entered: 01/08/14 15:56:09    Page 15 of 21

**25. Pension Funds.**

None ☒  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                            TAXPAYER IDENTIFICATION NUMBER (EIN)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _June 7, 2012_   Signature _____

Monica Hujazi, Trustee of The Zuercher Trust of 1995
Sole Member

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

# EXHIBIT C

# EXHIBIT C

Entered on Docket
June 13, 2012
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1    Charles P. Maher, State Bar No. 124748
    MCKENNA LONG & ALDRIDGE LLP
2    121 Spear Street, Suite 200             Signed and Filed: June 13, 2012
    San Francisco, California 94105-1582
3    Telephone No.: 415.356.4600
    Fax No.: 415.356.4610
4    E-mail: cmaher@mckennalong.com

5    Counsel for Andrea A. Wirum            THOMAS E. CARLSON
    Trustee in Bankruptcy              U.S. Bankruptcy Judge

6

7

8                 UNITED STATES BANKRUPTCY COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11    In re                       Case No. 11-33749 TEC
                                Chapter 7
12    NORTH OXFORD BRIGHT HORIZONS
    GROUP, LLC,
13                          Date:    June 13, 2012
             Debtor.          Time:    9:15 a.m.
14                          Place:    235 Pine Street, 23rd Floor
                                      San Francisco
15                          Court:    Hon. Thomas E. Carlson

16

17        __ORDER AUTHORIZING DISTRIBUTION OF SURPLUS FUNDS__

18       On June 13, 2012, a hearing was held on the motion of the Trustee on notice to creditors for an

19   order authorizing her to disburse surplus funds to the Debtor pursuant to 11 U.S.C. § 726(a)(6).

20   Charles P. Maher of McKenna Long & Aldridge LLP appeared on behalf of the Trustee, Andrea

21   Wirum. William C. Lewis appeared on behalf of the Debtor. The matter was heard on shortened time

22   pursuant to application of the Debtor.

23       Based on the notice to creditors, the representations of Monica Hujazi that no creditors other

24   than those disclosed in the schedules filed on June 4, 2012, exist and the supporting declaration of the

25   Trustee, it is

26       ORDERED as follows:

27       1.      The Trustee's motion to disburse surplus funds pursuant to 11 U.S.C. § 726(a)(6) is

28   granted.

Case: 11-33749    Doc# 60    Filed: 06/12/12    Entered: 06/13/12 11:56:49    Page 1 of 2
301337706Case: 12-32747    Doc# 419    Filed: 01/06/14    Entered: 01/06/14 16:26:00    Page 15 of
Case: 11-33749    Doc# 116    Filed: 01/08/14    Entered: 01/08/14 15:56:09    Page 18 of 21

1     2.      The Trustee is authorized to disburse the sum of $1,000,000 in estate funds to the

2     Debtor's sole member, Monica Hujazi in her capacity as trustee of the Zuercher Trust of 1999, or to

3     an account which she designates.

4     3.      This order does not constitute authority for the Debtor to engage in any business or

5     transaction unless the case is converted to a Chapter 11 case pursuant to subsequent order.

6     4.      If the representation of Ms. Hujazi that no creditors other than disclosed exist is

7     incorrect and the funds remaining with the Trustee are not sufficient to pay all claims and expenses in

8     full, the Trustee is authorized to submit an order compelling Ms. Hujazi to pay within 20 days the sum

9     the Trustee deems necessary to cover any shortfall.

10

11                              ***END OF ORDER***

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 11-33749   Doc# 60   Filed: 06/12/12   Entered: 06/13/12 11:56:49   Page 2 of 2
301337700 Case: 12-32747   Doc# 419   Filed: 01/06/14   Entered: 01/06/14 16:26:00   Page 16 of
Case: 11-33749   Doc# 116   Filed: 01/08/14   Entered: 01/08/14 15:56:09   Page 19 of
21

2

# EXHIBIT D

# EXHIBIT D

Rabobank, N.A.

Andrea Wirum Chapter 7 Trustee
P.O. Box 1108
Lafayette CA 94549

296 E Thousand Oaks Blvd, Ste 300, Thousand Oaks CA 91360

10121

90-3715 / 1222

VOID AFTER 90 DAYS

Regarding
NORTH OXFORD BRIGHT HORIZONS GROUP (11-33749 HLB) Debtor
5001259466
Surplus to the DEBTOR

TIB # 001220

325826

Date    08/22/2013

$ ******258,211.05

~~~Two Hundred Fifty-Eight Thousand Two Hundred Eleven Dollars  and 05/100

Pay to the
Order of

North Oxford Bright Horizons Group
c/o P. Kravitz, Trustee of Zuercher Tr
29209 Canwood St., Suite 210
Agoura Hills CA 91301

Andrea Wirum Chapter 7 Trustee

⑈000⑈0⑈2⑈⑈ ⑈⑈⑈222373⑈59⑈⑈ 500⑈259466⑈⑈

ENDORSE CHECK HERE

X

deposit

DO NOT WRITE, SIGN, STAMP OR SIGN THIS LINE
DEPOSITORY BANK ENDORSEMENT

BOFD >1222437774<
110029212
2013-08-27
800897102