Signed and Filed: April 16, 2014

*[signature]*

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:  ) Case No. 11-33749 HLB
)
NORTH OXFORD BRIGHT HORIZONS ) Chapter 7
GROUP LLC, )
)
         Debtor. )

**ORDER RE MOTION TO REOPEN**

This matter is before the Court pursuant to a limited remand order issued by the Bankruptcy Appellate Panel of the Ninth Circuit in B.A.P. case no. 14-1030 seeking to address a jurisdictional defect caused by the appellant's failure to resolve a motion in this case. On January 8, 2014, Interested Party Monica Hujazi ("Movant"), the appellant in the above-referenced B.A.P. case, filed an Ex Parte Motion to Reopen Case and Corrected Ex Parte Motion to Set Aside the Final Decree Entered on December 27, 2013 (the "Motion"). The Motion requests a combination of relief, some of which cannot be addressed ex parte. A summary of the procedural posture of the case appears below.

On December 27, 2013, the Court entered a final decree in the above-captioned case. The Clerk of Court closed the case that same day. On January 3, 2014, Movant filed an ex parte

motion seeking to set aside the final decree.  On January 7, 2014, Movant withdrew the January 3, 2014 motion, and filed a new ex parte motion seeking to set aside the final decree.  The Court cannot act, however, on a motion filed in a closed case, and the Clerk so reminded Movant's counsel of this on January 8, 2014.  Shortly thereafter, Movant filed the instant Motion which, in part, seeks to reopen the Chapter 7 case.

The Court's procedures regarding electronic filing require an e-filing attorney to upload a proposed order on unopposed motions.  Until it receives an uploaded proposed order, the Court will not take action on the relevant motion.  Movant's counsel failed to upload the required proposed order.  As a result, the Motion remains unresolved.

In addition to reopening the case, the Motion also seeks the same substantive relief as the prior two ex parte motions.  That relief cannot be granted at this time for two reasons.  First, substantive relief such as that sought in the January 3, 2014 motion, January 7, 2014 motion, and the instant Motion cannot be granted ex parte.  Second, Andrea Wirum, former Chapter 7 Trustee in the above-captioned case, has filed a response to the January 7, 2014 motion.

Upon due consideration, the Court hereby **ORDERS** as follows:

1. Within 7 days of the entry of this order, counsel for Movant shall upload a proposed order reopening this case to permit the Court to consider Movant's request to vacate the final decree.

2. Upon entry of an order reopening the case, Movant shall immediately notice a hearing to be held on May 1, 2014 at 10:00 a.m. for consideration of Movant's request to vacate the final decree.
3. Movant's failure to comply with the terms of this order will result in denial of the Motion.

**\*\*END OF ORDER\*\***

## Court Service List

North Oxford Bright Horizons Group LLC
911 N Amplett Blvd
San Mateo, CA 94401