Entered on Docket
April 28, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

```
1  BRADLEY KASS, ESQ.    (CBN# 127658)
   KASS & KASS LAW OFFICES
2  520 S. El Camino Real, Suite 810
   San Mateo, CA 94402
3  Phone Number: (650) 579-0612
   Fax: (650) 579-0760
4
5  Attorney for Interested party
```




**Signed and Filed: April 24, 2014**

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 11-33749 HLB 7 |
| NORTH OXFORD BRIGHT HORIZONS GROUP | ORDER ON *EX PARTE* MOTION BY MONICA HUJAZI TO REOPEN CASE; AND CORRECTED EX-PARTE MOTION TO SET ASIDE THE FINAL DECREE ENTERED ON DECEMBER 27, 2013 |
| Debtor, | |

After consideration of the Ex Parte Motion by Interested Party Monica Hujazi to Reopen Case and also her submission of a corrected Ex-Parte Motion Set Aside the Final Decree Entered December 27, 2013:

**IT IS HEREBY ORDERED:**

The Ex Parte Motion is hereby granted only as to reopening the case so as to permit the court to consider Movant's request to vacate the final decree.

***END OF ORDER.***

**Service List**

All ECF participants in this action.