Signed and Filed: May 2, 2014

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 11-33749 HLB |
| NORTH OXFORD BRIGHT HORIZONS GROUP LLC, | Chapter 7 |
| Debtor. | |

## ORDER DENYING MOTION TO REOPEN CHAPTER 7 CASE AND SET ASIDE FINAL DECREE

The Court held a hearing on May 1, 2014 on Ex-Parte Motion by Monica Hujazi to Reopen Case; and Corrected Ex-Parte Motion to Set Aside the Final Decree Entered on December 27, 2013 filed by Monica Hujazi ("Motions"). Bradley Kass appeared for the movant. Charles Maher appeared for the Chapter 7 Trustee. Upon due consideration and for the reasons stated on the record, the Court **ORDERS** that the Motions are hereby **DENIED**.

**\*\*END OF ORDER\*\***

ORDER DENYING MOTION TO REOPEN
CHAPTER 7 CASE
AND SET ASIDE FINAL DECREE       -1-

## Court Service List

[None]